**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**SHARON DENESE BOHANON**                                             **PLAINTIFF**

**v.**                                **NO. 3:05-CV-00221 GTE**

**CITY OF MARION, ARKANSAS and
CRITTENDEN COUNTY SHERIFF'S
DEPARTMENT**                                              **DEFENDANTS**

## ORDER

Before the Court is Defendants' Motion to Dismiss filed by Defendant Crittenden County Sheriff's Department, to which Plaintiff has responded.

The motion's sole purpose is to dismiss the claim against the Crittenden County Sheriff's Department as that entity is not recognized under state law as capable of bringing suit or being sued and is therefore not a "person" for purposes of 42 U.S.C. § 1983.  Plaintiff filed her Complaint *pro se.* Following the filing of the Motion to Dismiss, an attorney entered an appearance on Plaintiff Sharon Bohanon's behalf and filed a response to the motion to dismiss, therein requesting that he be permitted to amend the Complaint.

The Court would prefer to have Plaintiff's counsel file an Amended Complaint.

Accordingly,

IT IS THEREFORE ORDERED THAT Defendant's Motion to Dismiss (Docket No. 16) be, and it is hereby, DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, *sua sponte*, that Plaintiff, who is now represented by counsel, shall file an Amended and Substituted Complaint not later than March 20, 2006.

IT IS SO ORDERED this 13th day of March, 2006.

                                                           _/s/Garnett  Thomas  Eisele_____
                                                           UNITED STATES DISTRICT JUDGE